UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:20-CR-298 |
| | ) | |
| v. | ) | (JUDGE WILSON) |
| | ) | |
| DANIEL GUTMAN and | ) | |
| BENJAMIN GUTMAN, | ) | |
| | ) | |
| Defendants. | ) | (Electronically Filed) |

FINAL ORDER OF FORFEITURE

Upon the proceedings had heretofore and the Motion of the United States of America, the Court finds:

A Preliminary Order of Forfeiture was entered on April 14, 2022, ordering the defendants to forfeit:

a.   $1,438,646.42 in United States currency which constitutes or is derived from proceeds which the Court finds the defendants personally owned, benefitted from, or possessed, that were obtained directly or indirectly as the result of the offenses.

NOW, THEREFORE, upon motion of the United States of America for Final Order of Forfeiture, it is hereby ORDERED that:

(1)     All right, title, and interest, including the

interests of titled owners, spouses, and any other

interested parties, in the above-described

property are hereby condemned, forfeited and

vested in the United States of America, and

forfeiture of the defendants' interest in the above

proceeds has become final, made part of the

sentence, and included in the judgment;

(2)     The United States is entitled to its costs herein;

(3)     The United States District Court shall retain

jurisdiction in the case for the purpose of

enforcing this Order; and

(4)     The Clerk is hereby directed to send attested

copies of this Order to all counsel of record.


Dated this 23rd day of November, 2022.


    s/ Jennifer P. Wilson
JENNIFER P. WILSON
UNITED STATES DISTRICT JUDGE